VILLAGE OF WELLSVILLE, Appellant, v. HENSON, Respondent. (Supreme Court,

Appellate Division, Fourth Department. May 28, 1907.) Action by the village of Wellsville against Robert W. Henson.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., not sitting.